■ NORINE RINKER, Respondent, v TEJBIR OBEROI, Appellant. (Appeal No. 2.) [732 NYS2d 189] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Rinker v Oberoi* (288 AD2d 873 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Stay.) Present—Green, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.